

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00718-CV

Kyle Kirby
v.
Rhonda Marie Kirby

On Appeal from the
24th District Court of Victoria County, Texas
Trial Cause No. 13-9-75237-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be REVERSED AND REMANDED, IN PART, AND AFFIRMED, IN PART. The Court orders the judgment of the trial court REVERSED AND REMANDED, IN PART AND AFFIRMED, IN PART. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

November 30, 2015